# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145144(55)

PEOPLE OF THE TOWNSHIP OF ADDISON,
     Plaintiff-Appellee,

v

                                        SC:  145144
                                        COA:  301294

JERRY KLEIN BARNHART, a/k/a
JERRY CLINE BARNHART,
          Defendant-Appellant.
_____

Oakland CC:  2009-008918-AV

      On order of the Chief Justice, the motion for adjournment of the oral argument on the application for leave to appeal is considered and it is granted. The Clerk is directed to place this case on the April, 2013 session calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk